**UNITED STATES DISTRICT COURT**
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**                                                                                 6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE                                                     Greenbelt, MD  20770
                                                                                                          (301) 344-0634

October 16, 2017

TO:         Counsel

RE:         Nikki Webber Allen v. TV One, LLC
                Civil Action No. DKC 15-1960

Dear Counsel:

      This will confirm the matters discussed and the schedule set during the telephone conference and provide certain instructions relating to your pretrial and trial preparation.

**Schedule**

| | |
|---|---|
| March 5, 2018 | Deadline for submitting joint pretrial order, motion(s) *in limine*, joint proposed *voir dire* questions, joint proposed jury instructions, and joint proposed special verdict form. |
| March 12, 2018, at 2:00 p.m. | Pretrial conference in chambers (counsel only) |
| Counsel will hold the 3-week period beginning April 24, 2018, for trial[1] | 7-8 day jury trial |

***Voir Dire* and Jury Instructions**

      You are directed to file proposed joint *voir dire* questions, proposed joint jury instructions on issues specifically relating to this case, and a proposed joint special verdict form. You should file separately any *voir dire* questions, jury instructions and special verdict forms upon which you cannot agree. Copies of all of your proposed *voir dire* questions, jury instructions and special verdict forms should be submitted to chambers in hard copy and via e-mail in Microsoft Office Word 2010 or .rtf format to mdd_dkcchambers@mdd.uscourts.gov.

---

[1] Chambers will advise counsel if my schedule can accommodate this trial or if another judge is available.

Your proposed joint *voir dire* should include a brief proposed statement to be read to the venire panel explaining the nature of the case in general terms.

Your proposed jury instructions should (a) be typed one per page, (b) be numbered and assembled in the order in which you request that they be read to the jury, and (c) include a citation of the authorities supporting the instruction.

**Guaranteeing Witness Availability**

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i, as "expecting to present" at trial.

**Disclosure of Opinions of Expert Witnesses**

In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness identified by that party pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at trial. The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(B) separately from those designated pursuant to Rule 26(a)(2)(C).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order in accordance with Local Rule 106.2.h. Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7.a.  You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7.b.

**Use of Courtroom Equipment**

Please be prepared to advise me at the conference if you would like to use at trial any courtroom equipment.  The court has available for your use electronic evidence presentation systems.  Information about the systems and training opportunities can be found on the Court's website.

**Trial Instructions**

Please carefully read the attached memorandum entitled "Instructions To Counsel Re Trial Procedure And Conduct." You are responsible for knowing the contents of these instructions and all of the provisions of Local Rule 107 concerning trial conduct.

**Settlement**

Unless the court is notified of any settlement no later than one full business day prior to the day on which the trial is scheduled to begin, jury costs will be imposed in accordance with Local Rule 107.4. Ordinarily, in civil cases 25-28 potential jurors are called as members of the venire panel and the cost per juror is approximately $70.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
Deborah K. Chasanow
United States District Judge

cc:  Court File