IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-----------------------------------------------------------------X
NIKKI WEBBER ALLEN,

                              Plaintiff,

-against-

                              Civil Action No: 8:15-cv-01960(DKC)

TV ONE, LLC,

                              Defendant.
-----------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to the dismissal of the case with prejudice, each side to bear its own costs, including attorneys' fees. Plaintiff's counsel is filing this Stipulation with consent from Defendant's counsel on behalf of both parties.

Dated: February 2, 2018

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Elizabeth Torphy-Donzella (Bar #10809) | Tracey L. Brown (Bar #803718) |
| Darryl G. McCallum (Bar #23253) | Derek S. Sells (Bar #803578) |
| SHAWE ROSENTHAL LLP | THE COCHRAN FIRM |
| One South Street, Suite 1800 | 55 Broadway, 23rd Floor |
| Baltimore, Maryland 21202 | New York, NY 10006 |
| Telephone No.: (410) 752-1040 | Telephone: (212) 553-9165 |
| etd@shawe.com | tbrowb@cochranfirm.com |
| dgm@shawe.com | dsells@cochranfirm.com |
| | |
| *Counsel for Defendants* | Karen E. Evans (Bar #17177) |
| | THE COCHRAN FIRM |
| | 1100 New York Avenue, NW, Suite 340 West |
| | Washington, D.C. 20005 |
| | Telephone: (202) 682-5800 |
| | kevans@cochranfirm.com |
| | |
| | *Counsel for Plaintiff* |